# UNITED STATES of America, Plaintiff–Appellee,

v.

# Gilberto GONZALEZ, Defendant–Appellant.

No. 09–11709

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 1, 2010.

Mary Erickson, Decatur, GA, for Defendant–Appellant.

William H. Thomas, Jr., John Andrew Horn, United States Attorney's Office, David E. Suchar, Atlanta, GA, for Plaintiff–Appellee.

Before BLACK, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Gilberto Gonzalez, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gonzalez's conviction and sentence is **AFFIRMED**.